ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    Email: Gavin.Greene@usdoj.gov
BRIAN H. CORCORAN
Member, DC Bar, No. 456976
Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 7238
    Washington, D.C. 20044
    Telephone: (202) 353-7421
    Facsimile: (202) 514-6770
    Email: Brian.H.Corcoran@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Petitioner,<br><br>vs.<br><br>David Champion,<br><br>    Respondent. | Case No. CV 11-01175 DDP (SSx)<br><br>Notice of Service of (1) Summons, (2) Complaint for Permanent Injunction and Other Relief, and (3) Notice of Assignment to United States Magistrate Judge for Discovery; Declaration of J. Scott P. Simpson<br><br>[No Hearing Required] |

Please take notice that the United States has served David Champion with the following documents for the above captioned case as evidenced by the attached Declaration of J. Scott P. Simpson: (1) Summons, (2) Complaint for Permanent Injunction and Other Relief, and (3) Notice of Assignment to United States Magistrate Judge for Discovery.

Dated: February 22, 2011

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney


/s/ Brian H. Corcoran
BRIAN H. CORCORAN
Assistant United States Attorney
Attorneys for the United States of America

6526880.1

## Declaration of J. Scott P. Simpson

I, J. Scott P. Simpson, pursuant to 28 U.S.C. section 1746, declare and state as follows:

1. I am employed as a Revenue Agent for the Internal Revenue Service. My post of duty is within Clark County, Nevada. My business address is: Internal Revenue Service, 110 City Parkway, Las Vegas, Nevada, 89178.
2. On about February 09, 2011, I received the following documents in the case of *United States of America v. David Champion*, case no. CV 11-01175 DDP (SSx), with instructions to serve them on defendant David Champion:
   a. Summons;
   b. Complaint for Permanent Injunction and Other Relief; and
   c. Notice of Assignment to United States Magistrate Judge for Discovery.
3. On February 10, 2011, I served the documents listed above by
   a. personally delivering them to defendant David Champion.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 02/22/2011

J. Scott P. Simpson
Revenue Agent
Internal Revenue Service

3

6526880.1