David A. Champion
2220 Nevada West Blvd. #2
Pahrump, NV 89048
775 751 0811



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CV11 01175 ~~DDP~~ PA(SS X) |
| Plaintiff, | ) | |
| vs. | ) ) ) | DEFENDANT'S UNOPPOSED MOTION TO ENLARGE TIME WITHIN WHICH TO TIMELY FILE ANSWER TO PLAINTIFF'S COMPLAINT |
| DAVID CHAMPION, | ) | |
| Defendant | ) | |

TO THE HONORABLE JUDGE OF SAID COURT:

**DAVID CHAMPION,** here proceeding pro se, files this his Defendant's Unopposed Motion to Enlarge Time within which to Timely File Answer to Plaintiff's Complaint and for cause will show the court as follows:

## I.     BACKGROUND

1. NOTICE OF SPECIAL APPEARANCE AND OBJECTOIN TO SERVICE. Plaintiff's complaint came to Defendant's hand on Thursday, 10 February 11; however Defendant objects to, is, and will be challenging proper service pursuant to the rules of court and accordingly, makes this limited appearance by appearing before this court specially objecting to the jurisdiction of this court for want of service.

2. Notwithstanding, from the summons received on 10 February 11, answer was noticed as being due on or before the expiration of 21 days, or on or before Thursday, 3 March 11.

3. Accordingly, this Motion to Enlarge Time being both necessary and unopposed is being timely made and filed with the clerk in the manner prescribed by the rules of court.

4. Therefore, defendant moves the court for an enlargement of time within which to timely make and file answer to the pleadings as received on 10 Feb 11.

## II.
## MOTION TO ENLARGE TIME WITHIN WHICH DEFENDANT'S ANSWER MAY BE TIMELY FILED RESPECTING PLAINTIFF'S COMPLAINT

5. Defendant has not previously made any motion to enlarge time and none have been denied by this court.

6. Defendant has been unsuccessful to date in retention of counsel for his defense in this case.

7. Further the complexity of the complaint, its answer and related pleadings have required more time than is possible for Defendant to individually prepare.

8. Defendant is not professionally trained or experienced in the task required to meet the rules of court within the 21 day time period permitted under the notice and rules of court.

9. Accordingly, it is necessary that Defendant request and move this court for a reasonable and added time of fifteen (15) days to either retain proper professional counsel and/or complete the answer in preparation but which is now incomplete.

10. Enlargement of 15 days will extend the Answer's present due date from Thursday, 3 March 11 extending to and including Friday, 18 March 11.

11. This motion to enlarge time is not being made for any purpose of delay but rather is being made so as to afford Defendant his due process right to retain proper counsel and/or to personally complete the answer now being prepared.

12. No one will be injured or delayed inappropriately if this motion is granted, conversely the grant of this motion will extend to Defendant his due process right to seek and find proper counsel and/or sufficient and reasonable added time to complete and file Answer to the pleadings as received.

WHEREFORE PREMISES CONSIDERED, David Champion requests of this court a reasonable enlargement of time of fifteen (15) days within which Defendant may timely complete and file his Answer to pleadings received, the same to be enlarged from the present due date of 3 March 11 and to extend that due date to and including 18 March 11. Defendant requests other relief to which this court may deed must. Defendant requests justice.

Dated on this the 2nd day of March, 2011

Respectfully submitted,

_____
David Champion
2220 Nevada West Blvd. #2
Pahrump, NV 89048

## CERTIFICATE OF CONFERENCE

I David Champion hereby Certify that I have called the Untied States Attorney representing Plaintiff at his office phone (ie: 202-353-7421) and inquired as to his opposition and/or non opposition to the foregoing Motion to Enlarge Time and Trial Attoreney Brian H. Corcoran indicated that his response as being:

**"UNOPPOSED"**

(and)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has on this the 2nd day of March 2011, been forwarded to the address of counsel for the United States at the following address via US. Regular Mail with a copy fo this pleading suitably wrapped with the following address and sufficient postage attached as follows:

| | |
|---|---|
| Gavin L. Green | Brian H. Corcoran |
| Federal Building – Room 7211 | U.S. Department of Justice |
| 300 N. Los Angeles Street | P.O. Box 7238 |
| Los Angeles, California  90012 | Washington, D.C.  20044 |

Original and copy to the clerk 1) via Fed Ex and 2) via Certified Mail US Postage

_____
Dave Champion