UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-1175 PA (SSx) | Date | March 21, 2011 |
|---|---|---|---|
| Title | United States v. David Champion | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

**Proceedings:**     IN CHAMBERS - COURT ORDER

Defendant and Counter-Claimant David Champion ("Defendant") has filed a "Special Appearance; Motion to Dismiss; General Denial, alternatively Answer to Plaintiff's Complaint & Defendant's Counterclaim." In the Counterclaim portion of the document, Defendant has alleged a claim against "Judge John Doe." The Counterclaim defines "Judge John Doe" as the judge to whom a prior case involving the Government's efforts to enforce an IRS summons issued to Defendant was assigned.[1/] Because that case was assigned to this Court, this Court concludes that the Counterclaim includes a claim against it, and that it must therefore recuse itself. See 28 U.S.C. § 455(b)(5). The Court therefore orders the Clerk to randomly reassign this action in accordance with the applicable provisions of General Order 08-05.

However, because the Court believes that the Counterclaim asserted against it may have been filed in an effort to shop for a more advantageous forum, the Court will accept a voluntary transfer of this action back to this Court should the Counterclaim alleged against it be dismissed.

IT IS SO ORDERED.

:

Initials of Preparer

---

[1/]     As the Civil Case Cover Sheet filed in this action makes clear, the prior action was Case No. CV 08-1629 PA (JWJx) (Docket No. 1.). The Counterclaim erroneously alleges that the earlier case was Case No. CV 08-1608. Because that case did not involve Defendant as a party, the Court believes the reference to Case No. CV 08-1608 is a typographical error and that Defendant was actually referring to Case No. CV 08-1629 PA (JWJx), in which the Government sought to enforce the issuance of an IRS summons against Defendant.