ANDRÉ BIROTTE, JR.
United States Attorney

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-4600
Facsimile:   (213) 894-0115
Email:Gavin.Greene@usdoj.gov

BRIAN H. CORCORAN
Member, DC Bar, No. 456976
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C.  20044
Telephone: (202) 353-7421
Facsimile: (202) 514-6770
E-mail: brian.h.corcoran@usdoj.gov

Attorneys for Plaintiff, United States

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>             Plaintiff, ) <br> ) <br>      v. ) <br> ) <br> DAVID CHAMPION, ) <br> ) <br> ) <br>             Defendant. ) | Civil No. CV 11-01175 DMG (SSx) <br><br> **NOTICE OF MOTION TO DISMISS** <br><br><br> Date: June 20, 2011 <br> Time: 9:30 a.m. <br> Place: Ctrm. 7 (Hon. Dolly Gee) <br> 312 North Spring Street <br> Los Angeles, CA 90012 |

4575123.1

PLEASE TAKE NOTICE that on June 20, 2011, at 9:30 a.m., or as soon thereafter as counsel can be heard, before the Honorable Dolly M. Gee, United States District Judge, in Courtroom 7, located in the United States Courthouse, 312 North Spring Street, Los Angeles, California, plaintiff United States of America by and through their counsel, André Birotte, Jr., United States Attorney for the Central District of California, Sandra R. Brown, Assistant United States Attorney, Chief, Tax Division, Gavin Greene, Assistant United States Attorney, and Brian H. Corcoran, Trial Attorney, Tax Division, will move and does hereby move to dismiss the counterclaim asserted by Defendant David Champion against Revenue Agent Thomas Cheung.

The grounds for this motion are more fully set forth in the accompanying Memorandum of Points and Authorities. This motion will be based on the Petition, the Court's docket record, and the attached Memorandum of Points and Authorities.

Pursuant to L.R. 7-3, on May 10, 2011, counsel for the Government contacted the Defendant/Counterclaimant at the phone number set forth on his pleadings in order to confer as to the relief sought in this motion and left a message indicating the United States' intent to file the enclosed motion. Defendant responded with a voice mail acknowledging receipt of the message and indicated his intent to oppose the relief requested in this motion.

4575123.1

May 16, 2011

Respectfully submitted,

ANDRÉ BIROTTE, JR.
United States Attorney

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-4600
Facsimile:   (213) 894-0115
Email:Gavin.Greene@usdoj.gov

/s/ Brian H. Corcoran
BRIAN H. CORCORAN
Member, D.C. Bar, No. 456976
Admitted *Pro Hac Vice*
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C.  20044
Telephone: (202) 353-7421
Fax: (202) 514-6770
Brian.H.Corcoran@usdoj.gov

4575123.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 16, 2011, I served the foregoing *United States' Motion to Dismiss*, and all related papers, by first class mail upon the following:

>David Champion
>2200 Nevada West Blvd. #2
>Pahrump, Nevada 89048

>Counsel *Pro Se*

>/s/ Brian H. Corcoran
>BRIAN H. CORCORAN