ANDRÉ BIROTTE, JR.
United States Attorney

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-4600
Facsimile:   (213) 894-0115
Email:Gavin.Greene@usdoj.gov

BRIAN H. CORCORAN
Member, DC Bar, No. 456976
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C.  20044
Telephone: (202) 353-7421
Facsimile: (202) 514-6770
E-mail: brian.h.corcoran@usdoj.gov

Attorneys for Plaintiff, United States

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID CHAMPION, ) <br> ) <br> ) <br> Defendant. ) | Civil No. CV 11-01175 DMG (SSx) <br><br> **NOTICE OF LODGING OF PROPOSED ORDER** <br><br> **Pending: Motion to Dismiss** <br> Date: June 20, 2011 <br> Time: 9:30 a.m. <br> Place: Ctrm. 7 (Hon. Dolly Gee) <br> 312 North Spring Street <br> Los Angeles, CA 90012 |

4575123.1

The United States of America, pursuant to Local Rule 52-4.1 and at the direction of this Court, hereby lodges the appended Proposed Order granting the United States' Motion, dated May 16, 2011 (Docket No. 16), to Dismiss Defendant David Champion's Counterclaim (Docket No. 7) against Revenue Agent Thomas Cheung.

May 27, 2011

Respectfully submitted,

ANDRÉ BIROTTE, JR.
United States Attorney

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-4600
Facsimile:   (213) 894-0115
Email:Gavin.Greene@usdoj.gov

/s/ Brian H. Corcoran
BRIAN H. CORCORAN
Member, D.C. Bar, No. 456976
Admitted *Pro Hac Vice*
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C.  20044
Telephone: (202) 353-7421
Fax: (202) 514-6770
Brian.H.Corcoran@usdoj.gov

4575123.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 27, 2011, I served the foregoing *Notice of Lodging of Proposed Order*, and all related papers, by first class mail upon the following:

>David Champion
>2200 Nevada West Blvd. #2
>Pahrump, Nevada 89048


>Counsel *Pro Se*


>/s/ Brian H. Corcoran
>BRIAN H. CORCORAN

4575123.1