ANDRÉ BIROTTE, JR.
United States Attorney

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-4600
Facsimile:   (213) 894-0115
Email:Gavin.Greene@usdoj.gov

BRIAN H. CORCORAN
Member, DC Bar, No. 456976
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C.  20044
Telephone: (202) 353-7421
Facsimile: (202) 514-6770
E-mail: brian.h.corcoran@usdoj.gov

Attorneys for Plaintiff, United States

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID CHAMPION, ) <br> ) <br> ) <br> Defendant. ) | Civil No. CV 11-01175 DMG (SSx) <br><br> **OPPOSITION TO SECOND MOTION TO ENLARGE TIME** <br><br> **Pending: Motion to Dismiss** <br> Date: June 20, 2011 <br> Time: 9:30 a.m. <br> Place: Ctrm. 7 (Hon. Dolly Gee) <br> 312 North Spring Street <br> Los Angeles, CA 90012 |

4575123.1

Plaintiff the United States of America hereby opposes Defendant David Champion's second motion to enlarge time to respond to this Court's Order to Show Cause, dated April 20, 2011 (Docket No. 13), why his counterclaim against Judge "John Doe" should not be dismissed.

The United States understands that a *pro se* claimant such as Champion might under some circumstances reasonably require additional time in responding to legal pleadings. But this is Defendant Champion's **second** motion to enlarge time with respect to the Court's Order to Show Cause (*see* First Motion to Enlarge, dated May 2, 2011 (Docket No. 14)), and the second time he has claimed an inability to respond in a timely fashion due to his *pro se* status. And it marks the **third** time since this case was filed that the Defendant has sought to enlarge a deadline. (*See* Motion to Enlarge Time to Answer, dated March 3, 2011 (Docket No. 6)). The United States is thus concerned that the Defendant is using serial enlargement requests simply to delay resolution of the matters at hand. Such concerns are magnified by the United States' belief that both of Champion's counterclaims are meritless and warrant dismissal as promptly as possible, so that discovery can begin on the Government's underlying claims.

The Defendant has now had more than sufficient time to respond to the Court's April 20th Order to Show Cause. He was able to plead, without aid of counsel, the underlying counterclaim. He should also be able at this point to defend it. Accordingly, the United States respectfully requests that the Court deny Champion's Second Request to Enlarge Time.

4575123.1

May 27, 2011

Respectfully submitted,

ANDRÉ BIROTTE, JR.
United States Attorney

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-4600
Facsimile:   (213) 894-0115
Email:Gavin.Greene@usdoj.gov

/s/ Brian H. Corcoran
BRIAN H. CORCORAN
Member, D.C. Bar, No. 456976
Admitted *Pro Hac Vice*
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C.  20044
Telephone: (202) 353-7421
Fax: (202) 514-6770
Brian.H.Corcoran@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 27, 2011, I served the foregoing *United States' Opposition to Second Motion to Enlarge Time*, and all related papers, by first class mail upon the following:

> David Champion
> 2200 Nevada West Blvd. #2
> Pahrump, Nevada 89048

> Counsel *Pro Se*

        /s/ Brian H. Corcoran
        BRIAN H. CORCORAN

4

4575123.1