ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-4600
    Facsimile: (213) 894-0115
    Email: Gavin.Greene@usdoj.gov
Brian H. Corcoran
Member, DC Bar, No. 456976
Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 7238
    Washington, D.C. 20044
    Telephone: (202) 353-7421
    Facsimile: (202) 514-6770
    Email: Brian.H.Corcoran@usdoj.gov

Attorneys for the United States of America

**DENIED**
BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    vs.<br><br>David Champion,<br><br>    Defendant. | Case No. CV 11-01175 PA (SSx)<br><br>[Proposed] Order Granting Application To Continue Scheduling Conference |

**DENIED**
BY ORDER OF THE COURT

1

1         This matter before the Court is Plaintiff the United States of America's Ex

2   Parte Application, filed July 12, 2011, to continue the August 22, 2011 Scheduling

3   Conference, as set forth in this Court's July 1, 2011 Scheduling Order (Docket No.

4   33).  The Court has considered the application filed in this matter and deems the

5   matter appropriate for decision without oral argument or additional briefing. *See*

6   Fed. R. Civ. P. 78(b); Local Rules 7-15 and 7-19.

7         Based upon the Ex Parte Application filed herein, and for good cause

8   shown, pursuant to Fed. R. Civ. P. 16(b)(4), the Court hereby GRANTS the United

9   States' Application, and continues the Scheduling Conference presently set for

10  August 22, 2011 to _____, 2011 at _____.

11

12  **IT IS SO ORDERED**

13

14  Dated: July 12, 2011                    DENIED BY ORDER OF UNITED STATES

15                                          DISTRICT JUDGE PERCY ANDERSON

16

17  Notice is insufficient under Local Rules.  Counsel may request a telephonic

18  appearance at the Scheduling Conference or have someone else appear in his

19  place.

20

21

22

23

24

25

26

27

28