**FILED**

UNITED STATES COURT OF APPEALS

AUG 02 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 11-56182 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 2:11-cv-01175-PA-SS |
| v. | Central District of California, Los Angeles |
| DAVID A. CHAMPION, | ORDER |
| Defendant - Appellant. | |

RECEIVED
CLERK, U.S. DISTRICT COURT

AUG -2 2011

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Before: LEAVY, THOMAS, and MURGUIA, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the orders challenged in the appeal are not final or appealable. *See* Fed. R. Civ. P. 54(b); 28 U.S.C. § 1291; *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties or judgment is entered in compliance with rule); *see also WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (dismissal of complaint with leave to amend is not appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

MF/Pro Se