UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 26 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. DAVID A. CHAMPION, Defendant - Appellant. | No. 11-56182<br><br>D.C. No. 2:11-cv-01175-PA-SS<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 2 6 2011
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

The judgment of this Court, entered August 02, 2011, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Lee-Ann Collins
Deputy Clerk

**FILED**

UNITED STATES COURT OF APPEALS

AUG 02 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 11-56182 |
|---|---|
| Plaintiff - Appellee, | D.C. No. 2:11-cv-01175-PA-SS Central District of California, Los Angeles |
| v. | |
| DAVID A. CHAMPION, | ORDER |
| Defendant - Appellant. | |

Before: LEAVY, THOMAS, and MURGUIA, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the orders challenged in the appeal are not final or appealable. *See* Fed. R. Civ. P. 54(b); 28 U.S.C. § 1291; *Chacon v. Babcock*, 640 F.2d 221, 222 (9th Cir. 1981) (order is not appealable unless it disposes of all claims as to all parties or judgment is entered in compliance with rule); *see also WMX Techs., Inc. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (dismissal of complaint with leave to amend is not appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

**DISMISSED.**

MF/Pro Se