ANDRÉ BIROTTE, JR.
United States Attorney

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-4600
Facsimile:  (213) 894-0115
Email:Gavin.Greene@usdoj.gov

BRIAN H. CORCORAN
Member, DC Bar, No. 456976
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C.  20044
Telephone: (202) 353-7421
Facsimile: (202) 514-6770
E-mail: brian.h.corcoran@usdoj.gov

Attorneys for Plaintiff, United States

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DAVID CHAMPION, ) <br> ) <br> ) <br> Defendant. ) | Civil No. CV 2:11-01175 PA (SSx) <br><br> **NOTICE OF MOTION FOR SUMMARY JUDGMENT** <br><br> Date: January 23, 2012 <br> Time: 1:30 p.m. <br> Place: Ctrm. 15 (Hon. Percy Anderson) <br> 312 North Spring Street <br> Los Angeles, CA 90012 |

4575123.1

PLEASE TAKE NOTICE that on January 23, 2012 at 1:30 p.m., or as soon thereafter as counsel can be heard, before the Honorable Percy Anderson, United States District Judge, in Courtroom 15, located in the United States Courthouse, 312 North Spring Street, Los Angeles, California, plaintiff United States of America by and through their counsel, André Birotte, Jr., United States Attorney for the Central District of California, Sandra R. Brown, Assistant United States Attorney, Chief, Tax Division, Gavin Greene, Assistant United States Attorney, and Brian H. Corcoran, Trial Attorney, Tax Division, will move and does hereby move for Summary Judgment entering an Order of Permanent Injunction against Defendant David Champion.

The grounds for this motion are more fully set forth in the accompanying Memorandum of Points and Authorities.  This motion will be based on the Petition, the Court's docket record, the attached Memorandum of Points and Authorities, the concurrently filed Statement of Undisputed Facts, and the Declarations and Exhibits offered in support of the Motion.

Pursuant to L.R. 7-3, on November 16, 2011, counsel for the Government contacted the Defendant/Counterclaimant at the phone number set forth on his pleadings in order to confer as to the relief sought in this motion, and whether there was any possibility of a resolution of the case without a determination of the factual allegations in question. The Government also prepared a proposed consent injunction before filing the motion, and asked for the Defendants' comments. The Defendant was unwilling to resolve the case on terms acceptable to the Government and never responded to the proposed consent injunction, necessitating the filing of this motion.

4575123.1

| | |
|---|---|
| December 12, 2011 | Respectfully submitted,<br><br>ANDRÉ BIROTTE, JR.<br>United States Attorney<br><br>SANDRA R. BROWN<br>Assistant United States Attorney<br>Chief, Tax Division<br><br>GAVIN L. GREENE (SBN 230807)<br>Assistant United States Attorney<br>Federal Building, Room 7211<br>300 North Los Angeles Street<br>Los Angeles, California 90012<br>Telephone: (213) 894-4600<br>Facsimile:   (213) 894-0115<br>Email:Gavin.Greene@usdoj.gov<br><br><br>/s/ Brian H. Corcoran<br>BRIAN H. CORCORAN<br>Member, D.C. Bar, No. 456976<br>Trial Attorney, Tax Division<br>U.S. Department of Justice<br>Post Office Box 7238<br>Washington, D.C.  20044<br>Telephone: (202) 353-7421<br>Fax: (202) 514-6770<br>Brian.H.Corcoran@usdoj.gov |

4575123.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 12, 2011, I caused the foregoing *United States' Notice of Motion for Summary Judgment*, and all related papers, to be served by federal express mail upon the following:

David Champion
2200 Nevada West Blvd. #2
Pahrump, Nevada 89048

Counsel *Pro Se*

/s/ Brian H. Corcoran
BRIAN H. CORCORAN