# Invoice

**David Champion**
1031 W. Ave. M14, Suite A
Palmdale, CA 93551

| DATE | INVOICE # |
|---|---|
| 8/31/2007 | 1741 |

**BILL TO**
Jim Ianitti
P.O. Box 800321
Valencia, California 91380

| P.O. NO. | TERMS | PROJECT | DATE |
|---|---|---|---|
|  | Due on receipt | Chueng response letter | 8/27/2007 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Letters | Custom Drafted Letter(s) | 1 | 150.00 | 150.00 |

A COPY OF THIS INVOICE MUST ACCOMPANY YOUR PAYMENT.

*Paid*

ALL INVOICES MUST BE PAID IN CASH

**Total** $150.00

**Exhibit**
1 Champion


IANNITTI
EXHIBIT NO. 9
11/17/11
C. CRUMP

# Invoice

David Champion
1031 W. Ave. M14, Suite A
Palmdale, CA 93551

| DATE | INVOICE # |
|---|---|
| 9/12/2007 | 1760 |

**BILL TO**
Jim Ianitti
P.O. Box 800321
Valencia, California 91380

| P.O. NO. | TERMS | PROJECT | DATE |
|---|---|---|---|
|  | Due on receipt | Review of Cheung letters/s... | 9/12/2007 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Consulting [ts] | Consulting fee based on per minute rate | 20 | 4.15 | 83.00 |
| Letters | Custom Drafted Letter(s) [Response to 3175] | 1 | 150.00 | 150.00 |

A COPY OF THIS INVOICE MUST ACCOMPANY YOUR PAYMENT.

*Paid 11-23-07*

ALL INVOICES MUST BE PAID IN CASH.

**Total**   $233.00

IANNITTI
EXHIBIT NO. 9
11/27/11  CRUMP

# Invoice

David Champion
1031 W. Ave. M14, Suite A
Palmdale, CA 93551

| DATE | INVOICE # |
|---|---|
| 10/1/2007 | 1791 |

**BILL TO**

Jim Ianitti
P.O. Box 800321
Valencia, California 91380

| P.O. NO. | TERMS | PROJECT | DATE |
|---|---|---|---|
|  | Due on receipt | Ocwen letter | 10/1/2007 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Letters | Custom Drafted Letter(s) | 1 | 125.00 | 125.00 |

*A COPY OF THIS INVOICE MUST ACCOMPANY YOUR PAYMENT.*

Paid
11-23-07

ALL INVOICES MUST BE PAID IN CASH.

**Total** $125.00

# Invoice

David Champion
1031 W. Ave. M14, ~~Suite A~~
Palmdale, CA 93551

| DATE | INVOICE # |
|---|---|
| 10/23/2007 | 1807 |

**BILL TO**

Jim Ianitti
P.O. Box 800321
Valencia, California 91380

| P.O. NO. | TERMS | PROJECT | DATE |
|---|---|---|---|
|  | Due on receipt | Summons responses | 10/23/2007 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Consulting | Consulting Services - hourly rate. Review of summons, circumstances (with Jim by phone), and modification of needed text. | 1.5 | 250.00 | 375.00 |

A COPY OF THIS INVOICE MUST ACCOMPANY YOUR PAYMENT.

*Paid 11-23-07*

ALL INVOICES MUST BE PAID IN CASH.

**Total** $375.00

David Champion
1031 W. Ave. M14, Suite A
Palmdale, CA 93551

# Invoice

| DATE | INVOICE # |
|---|---|
| 11/30/2007 | 1853 |

| BILL TO |
|---|
| Jim Ianitti<br>28005 N. SMYTH Dr. suite 124<br>Valencia, California 91355 |

| P.O. NO. | TERMS | PROJECT | DATE |
|---|---|---|---|
|  | Due on receipt | Bof A letter | 11/30/2007 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Letters | Custom Drafted Letter(s) |  | 250.00 | 250.00 |

A COPY OF THIS INVOICE MUST ACCOMPANY YOUR PAYMENT.

ALL INVOICES MUST BE PAID IN CASH.

**Total**   $250.00