)
)
)
)
)
)
)
)
)
)
)
)
)

# DECLARATION, INDENTURE, AND CONTRACT ESTABLISHING THE PURE TRUST ORGANIZATION, KNOWN AS;

## - Intermax Holdings -

The above named irrevocable Pure Trust is domiciled in the Union state of Georgia, in the community of Stone Mountain, and is hereby established under the common law right of contract [156 American Law Review 28] and not by force of legislative enactment [Hecht v. Malley, 68 L ed 949], said trust moving with the rights, privileges, and immunities of the trustee in his status as a citizens of one of the Union states [Morrissey v. CIR, 296 U.S. 344].

**Exhibit**
2 Champion

ADMIN00175

## MINUTES OF THE PROCEEDINGS OF THE TRUSTEES
## APPOINTING MANAGING AGENT(S) AND AUTHORIZATION TO
## OPEN AND SIGN ON BANK ACCOUNT FOR:

### Intermax Holdings (a Pure Trust Business Organization)

I, Dave Champion, the duly appointed Trustee of for the above named trust organization, in accordance with the Contract and Indenture thereof, hereby adopts the following resolution(s):

**BE IT RESOLVED** that commencing on the date when the Trustee and the appointed Managing Agent have both signed these Minutes, and the appointees' signature has been lawfully notarized, James Iannitti and Leslie Iannitti shall then assume the position of Managing Agent of the above named trust organization. The Managing Agent's duties shall include the authority to open bank accounts for Intermax Holdings, and to be a signer on such accounts.

The Managing Agent shall exercise limited delegated authority from the Trustee(s) in accordance with the terms of the trust Contract and Indenture. By affixing his/he signature below, the appointee agrees to accept the duties and responsibilities of Managing Agent, understanding that Managing Agents hold no equitable title or interest, or rights thereto, and no Capital Unit interests or rights thereto. In accordance with the terms of the trust indenture, Managing Agents shall not be held liable for the debts of the trust, not the trust held liable for the personal debts of a Managing Agent. A separate contract may be executed regarding Managing Agent compensation, if such is heretofore agreed upon.

The undersigned hereby certifies that the above resolution(s) has been duly adapted by the Board of Trustees and direct that the Minutes of these proceedings be recorded in, and become a part, of the official Minutes of the Trust Organization.

_____   7-26-02
Dave Champion, Trustee        Date

**ACCEPTANCE:** Having read the Contract and Indenture of the above named Trust, I hereby agree to accept the position of Managing Agent and agree to perform the duties and responsibilities associated therewith, and abide by the terms and conditions of the Contract and Indenture.

_____   7-26-02          SUBSCRIBED AND SWORN TO BEFORE ME
James Iannitti, Managing Agent   Date          THIS 26th DAY OF July, 2002
                                               BY Dave Champion, James Iannitti + Leslie Ian.
_____   7-26-02
Leslie Iannitti, Managing Agent   Date          _____
                                                NOTARY PUBLIC

JENNIFER KELTNER
COMM. #1264354
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires May 19, 2004

Minutes of the Proceedings of the Board of Trustees

.
.
.

IN WITNESS WHEREOF, the Settlor hereto, and the Trustee(s), acceptor(s) hereof as the Board of Trustees, have here unto set their hands and seals in token and recognition of an offer and its acceptance for adequate consideration, and to signify agreement and approval of the objectives, terms and conditions imposed and expressed in the this Declaration of Trust and Contract of:

Intermax Holdings, an irrevocable Pure Trust.

_____
James Ianitti, Settlor

_____
Dave Champion, Trustee

Reserved for Notary:

SUBSCRIBED AND SWORN TO BEFORE ME
THIS 26th DAY OF July, 2002
BY James Ianitti and Dave Champion
_____
NOTARY PUBLIC



JENNIFER KELTNER
COMM. #1264354
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires May 19, 2004

ADMIN00177