**The Office of David A. Champion**
2010 W. Avenue K, #461
Lancaster, California 93536

January 12, 2006

Barbara Griffith
President
Southern California Leasing, Inc.
250 El Camino Real, Suite 111
Tustin, CA 92780

Re: Request for TIN

To Whom It May Concern;

I am the Trustee for Intermax Holdings. I am responding to your request for a Taxpayer Identification Number.

Intermax Holdings is a "Pure Trust Business Organization". Please be advised that as a pure trust business organization, Intermax Holdings is not required to possess or furnish a TIN because the trust has no tax payment or reporting requirements.

Please see the attached letter from the Internal Revenue Service, which states:

> "According to our National Office a Pure Trust Organization (an Unincorporated Business Trust) is an organization that has no return filing requirements and is a nontaxable organization. Therefore your Pure Trust Organization doesn't need an EIN".

Since the legal staff of the IRS' National Office made this determination, I invite you to retain their letter in your files.

Should you have any questions, I am at your disposal.

Sincerely,

David Champion
Trustee

**Exhibit**
3 Champion

LANNITTI
EXHIBIT NO. 3
14/17/11
C. CRUMP