**THE OFFICE OF DAVID A. CHAMPION**
2010 W. AVENUE K, #481
LANCASTER, CALIFORNIA 93536

May 2, 2007

Ms. Barbara Griffith
Southern California Leasing
250 El Camino Real, #111
Tustin, California 92780

Dear Barbara,

As I'm sure you are aware, Jim Ianitti (Managing Agent of Intermax Holdings), has been in contact with me over the last several days. He has shared with me most if not all of the content of the conversations that you and he have had. I believe he has also shared with you parts of conversations that he and I have had.

I must admit to being amazed at your statement that there needs to be some "resolution" in this matter. Since you have continually "stirred the pot" in this matter, when no stirring was needed or required, you have continually sought out controversy in this matter, only to now claim you need resolution.

I have a fiduciary duty to Intermax Holdings and Spartan Enterprises. I take that duty most seriously and I have no hesitation whatsoever to act on that duty when required.

Barbara, it seems to me that this matter is taking on a life of its own, and in the end may not serve your interests well. The IRS is not your friend. All to often it is the dog that "bites the hand that feeds it".

I have dealt with the IRS for nearly 15 years now. I have met with Tom Cheung and his former partner, Helen Tran, on several occasions. Also present was IRS counsel. Nothing changed in my professional world as a result of those meetings. Why? Because I never break the law. In short, Tom Cheung's involvement in this matter is irrelevant to me. However, it may not end up being irrelevant to you. I suspect your accountant has gotten you in over your head in this matter.

What is relevant to me is the business relationship between Intermax/Spartan and Southern California Leasing. Although I have already mentioned to Jim and Todd that the trusts may need to walk away from Southern California Leasing, it is part of my fiduciary duty to attempt to preserve a business relationship that is otherwise viable and profitable if it is within my ability to do so. Accordingly, I suggest the following. Southern California Leasing takes no action in this matter at this time, including furnishing information to the IRS. I will meet you (and your accountant if you wish) for lunch in Santa Clarita and we

**Exhibit**
4 Champion

IANNITTI
EXHIBIT NO. 5
IC/CRUMP

can explore whatever options may be available to us both. After that lunch you may do that which you feel in best for Southern California Leasing.

Sincerely,

Dave Champion