Non Tax Payer



# NONTAXPAYER.ORG

Dave Champion has done an admirable job assisting us in restructuring our business so that what needed to be private, became private. While nothing in this world is perfect, and we still face the occasional small challenge, I don't believe there is anyone in this country who could have assisted us in restructuring our private business affairs as well as Dave Champion. We have an on-going relationship with Dave and that has proven beneficial. If you've determined you're a nontaxpayer, and you've made the commitment to restructure your affairs to live as a nontaxpayer, Dave is the right man to have in your corner.
**Chris L.**

I'm really glad I met Dave Champion. People get really weird when you tell them that you're a nontaxpayer. Even though they can't point to any law that I'm breaking, or any law that supports their Gestapo-like demands, they act like I'm a criminal! I am disappointed and disheartened at the way my fellow Americans behave themselves when it comes to nontaxpayers, but things would be a whole lot worse if I didn't have Dave on my side. Foolish and petty Americans (not to mention the IRS) act like sharks in the water, waiting to devour the innocent unsuspecting nontaxpayer. Dave is my shark repellant.
**Matthew W.**

We've been using Dave Champion's services for more than a year now. A few years back we'd determined that we had no state or federal income tax liability from our private business. We had used other people in the past to help us organize our affairs, but we weren't certain all was as it needed to be for peace of

http://www.nontaxpayer.org/references.html

8/3/2004

Page 1 of 7

**Exhibit**
5 Champion

ADMIN00125

mind and long term success.

Once we sat down and talked with Dave, we knew we'd found the right man for the job. Based on Dave's advice, we restructured several key parts of our private affairs. What a difference! While Dave spent a great deal of time working with us at the beginning, now things just hum along smoothly! And of course Dave is always there to answer questions.
***Mark and Leah L.***

I've been a client of Dave Champion's for about two years. During that time I've relied on him for a wide variety of issues. I've gone to Dave on issues as diverse as banking concerns and reviewing business contracts. In the past I would have gone to an attorney for my advice, but attorneys don't know what Dave knows, and frankly, I've come to distrust attorneys. In most cases they're part of the problem, not part of the solution.

Not only does Dave provide me with the solid information I need to make sound decisions, but every issue is considered from the perspective that I do not engage in activities that give rise to federal or state liability. Long ago I determined that I'm a nontaxpayer. Dave's guidance helps me live it successfully. I consider his service invaluable.
***John T.***

Moving in the business world as a nontaxpayer can be challenging. I have to admit that I probably wouldn't be successful at it if I wasn't working with Dave Champion. There's just too much to learn - and who has time! With Dave on my side, I don't need to be an expert on every issue that may be important to living as a nontaxpayer. Whenever I get some resistance from an ill-informed businessperson, I simply get on the phone with Dave and the problem goes away. In time, and with enough experience, I'll probably be able to do many of these things myself, but today Dave is an important part of my "success team".
***Jim I.***

I'd been considering using Dave Champion's services for a while. Once I

determined that I am a nontaxpayer, I hired Dave to speak to my employer and explain the reasons that I'm a nontaxpayer. While I'd made the determination for myself that I am a nontaxpayer, I'd seen enough of Dave's work to know that he would do a better job of presenting the information to the company than me.

The information that Dave provided to the company was well researched and impeccably presented. I'm a hard man to impress, but I have to admit that I was really impressed.

Dave and I held a series of conversations and written communications with the company owner. He's the sort of businessman who makes few decisions for himself, instead following the instructions of the "professionals" he retains. The company tried every kind of dodge. In the end, I insisted on a meeting with the owner, his CPA, his attorney, Dave, and me. The purpose of this meeting was for the CPA and attorney to put the law (if any) on the table and see how their "law" would stand up under the light of informed scrutiny. Amazingly, after all their statements about "being required by law", they refused to come to such a meeting and put the law on the table!

The bottom line is that the company did not change its approach toward me. However, it was well worth the money to see just how far the owner and his "professionals" would go to avoid being proven wrong. They were proven to be liars and cowards, and I'm putting my feelers out for a new job. I'll get a new job - they'll still be liars and cowards.

While my venture didn't succeed, no one could have done a better job than Dave at presenting the law and the facts on my behalf. He is well worth the cost.

*Jeff T.*

Dave Champion saved my business, my home, and my family's standard of living.

I had determined that I was a nontaxpayer back in the 1980s. I did not file any state or federal income tax returns for 10 years. One day an IRS officer waked into my business. He handed me a stack of paperwork and told me that if I didn't

have the forms completed and turned in to him within 3 weeks, he'd seize my business, my home, my cars, and put me, my wife, and my 3 children out in the street. The IRS officer said that I owed $500,000.00 in back taxes! I was mortified. I could barely breath. I couldn't eat or sleep. Fortunately, I ended up speaking with Dave Champion.

Upon my certifying to Dave that I'd not been involved in any taxable activity, and that I was a nontaxpayer for the years I hadn't filed, Dave helped me draft a 3-page letter, which we sent directly to the IRS officer.

I'm pleased (to say the least) that several years have now gone by and I've never heard another word from the IRS. I can only imagine how different my life would be today if Dave hadn't been there for me. Knowing what I know now, I can't imagine why any businessman, who is a nontaxpayer, wouldn't want to work closely with Dave. The alternative is too costly. I know - I almost had to pay it.

*Jason H.*

After reading the Federal tax laws during the late 90's I made the decision to stop all withholding from my 45 employees beginning January, 2000. It is important to every businessperson, when he embarks on such a drastic change, that he does not risk loosing his workers because they fear his actions or simply through ignorance of not understanding what his employer is doing. To reinforce the information I had given my employees about tax law, I hired Dave Champion to further educate the people at Arrow Custom Plastics. I felt it was extremely important to have a person from outside the company explain what the federal tax laws say and where to find these laws for themselves.

I arranged a nice meeting place in a local hotel and invited all the employees to attend a three-hour presentation by Mr. Champion and to ask questions that they might not be willing to ask me. Mr. Champion's presentation included handouts, poster aids, and overhead projection. The presentation was well organized and everyone in attendance was impressed with the level of knowledge portrayed.

Mr. Champion's goal was to educate everyone as to what the tax laws say,

answer any questions and be as thorough as possible. He also did not say anything that he could not prove with documentation and he left his opinions at home. Mr. Champion's job was not to convince the Arrow Custom Plastics people that they did not owe a particular tax, but only to give them the information to make up their own minds based on what the law actually says.

I would highly recommend Dave Champion to any business that is contemplating finding out how to follow the written tax laws and divest themselves of a plethora of unnecessary forms and reporting.

**Dick Simkanin**
***Arrow Custom Plastic***

To Whom It May Concern:

I have been using the services of Dave Champion for several years now. His research has paved the way for me to understand a number of issues that are fundamental to living as a lawful nontaxpayer in a world that believes everyone who earns money must be a taxpayer.

I recently sold a house I own and the escrow company said that I was required to complete several state and federal tax forms. I knew I had no state or federal income tax liability from the sale, but I wasn't confident that I could get that message across to the escrow company without putting the sale at risk.

After I confirmed to Dave that I had determined the sale was not subject to state or federal income tax for me, he provided me with a series of documents to present to the escrow company. A few weeks later I received a check for the full amount due me. I'd never provided a Social Security Number; there was no 1099 reporting; the escrow company had not attempted any state withholding!

This story exemplifies the successes I've experienced working with Dave Champion.
***Danny E.***

Non Tax Payer

The company that I work for did not understand how I could work there and not be subject to income tax or withholding. They couldn't get it through their heads that I was a nontaxpayer. Dave spent 3 hours with the owner going over the law. At the end of the meeting, the owner said, "I never knew any of this. After what I've learned today we won't withhold from Scott".

**Scott S.**

I'm a corporate officer. Human Resources and payroll are within my area of responsibility. While I knew that not all workers needed to participate in withholding, I had no idea how to approach our payroll company when a worker informed the company that he was not subject to withholding. When I inquired, the payroll company told me that it couldn't be done; that their computers wouldn't do it. I had seen some of Dave Champion's work and so I contacted him. Dave gave me a crash course in how to deal with payroll companies. By the end of the day the payroll company admitted that their computer could do it, that it was perfectly legal, and that from that point forward the worker would be getting checks with no deductions. While I was angry that the payroll company had lied to me, I was glad that Dave was able to show me how to compel them to meet our company's needs.

**Leonard S.**

My employer was very uncomfortable about not withholding from me. On my behalf, Dave Champion communicated with the company's in-house counsel and several other company executives. The company's attorney had nothing credible to offer in response to Dave's presentation, but continued to say that the company had to withhold or the company would get in trouble. He couldn't grasp the whole "nontaxpayer" thing. However at this point something unexpected happened. Dave's presentation had made so much sense to the other company executives that they overrode the attorney and agreed not to withhold from me. Within a few weeks some of them even joined me in not having any deductions taken out of their checks!

**Heather W.**

I was nearly the victim of a group of unscrupulous trust promoters. I'd paid quite

http://www.nontaxpayer.org/references.html

8/3/2004

Page 6 of 7

ADMIN00130

a bit of money and was being asked to pay a whole lot more, when a fried suggested I speak to Dave Champion before moving forward. After Dave heard my situation, he asked me to send him copies of the documents from the "trust promoters". He called me back and patiently went over the details of the documents with me; pointing out how I was being "set up" by these men. The scam they were pulling on me was so easy to see when it was explained in plain English. Thanks to Dave's knowledge, insight, and most of all, patience, I was able to keep from being abused any further, and get on the right track. I'm absolutely convinced that if I hadn't called Dave when I did, my entire financial future would have been at risk. Thanks to Dave, I'm now on a safe and secure path!

**M.B.**

ADMIN00131