**The Office of David A. Champion**
2010 W. Avenue K, #481
Lancaster, California 93536

Fax = 661 538-18.

ATT'N REMY
RE: QUANTUM/QNET

August 18, 2006

The Superior Court Of California
County of Mono
P.O. Box 1037
Mammoth Lakes, California 93546
Attn: Barbara Smith

Copy for John D.

Re: Request for TIN

Dear Barbara,

I am the Trustee for L2 Enterprises (dba, Qnet). I am responding to your request for a Taxpayer Identification Number.

L2 Enterprises is a "Pure Trust Business Organization". Please be advised that as a pure trust business organization, L2 Enterprises is not required to possess or furnish a TIN because the trust has no tax payment or reporting requirements.

Please see the attached letter from the Internal Revenue Service, which states:

> "According to our National Office a Pure Trust Organization (an Unincorporated Business Trust) is an organization that has no return filing requirements and is a nontaxable organization. Therefore your Pure Trust Organization doesn't need an EIN".

Since the legal staff of the IRS' National Office made this determination, I invite you to retain their letter in your files.

Should you have any questions, I am at your disposal.

Sincerely,

*[signature]*

David Champion

I called Qnet
→ contact David Champion

**Exhibit**
6 Champion

ADMIN00244