**Patrick Linstruth**
2010 W Ave K #486
Lancaster, California 93635

November 29, 2004

Ely Yaron
Small Business/Self-Employed Division
Internal Revenue Service
6230 Van Nuys Blvd
Van Nuys, CA 91401

*[Stamp: INTERNAL REVENUE SERVICE SB/SE COMPLIANCE AREA 16, TERRITORY..., GROUP..., VAN NUYS, CA 91408, DEC 17 2004]*

Dear Mr./Mrs. Yaron:

This letter is in response to your letter dated November 27, 2004.

According to your letterhead, you are an employee of the Small Business/Self-Employed Division of the Internal Revenue Service. According to Treasury Order 150-02 dated March 9, 2001, the Small Business/Self-Employed Division:

> ... serves taxpayers who own small businesses, are fully or partially self-employed, file estate and gift tax returns, file fiduciary returns, or report foreign source income or deductions.

This specific, limiting authority is further confirmed in the Internal Revenue Manual within Section 1.1.16.1 (2-01-2003) "Mission of the Small Business/Self Employed Division":

> 2. SB/SE customers are defined as individuals that are fully or partially self-employed, and businesses, including corporations and partnerships, with assets less than or equal to $10 million. The Division will also have responsibility for taxpayers filing estate and gift, employment, excise, and international tax returns.

For the calendar years 2001, 2002, and 2003, I did not own a small business, I was not fully or partially self-employed, nor were there any circumstances in my private financial affairs that would have required me to file any estate, gift, or fiduciary returns, or to report any foreign source income or take any foreign deductions.

Due to the fact that I was not engaged in any activity that would place my private financial affairs within the jurisdiction of the Small Business/Self-

*Exhibit G*

Exhibit 7 Champion

ADMIN00223

Employed division of the Internal Revenue Service, I respectfully request that this case be closed without further invasion of my financial privacy.

In addition to closing this case, I also request that you provide copies of any information you have that was used to make the incorrect determination that I was subject to an examination by the Small Business/Self-Employed Division and the systems of records used to obtain that information. I require this information so that I may work with the proper agency personnel to have these erroneous records corrected.

I will be happy to submit to you a signed, sworn affidavit detailing the above mentioned facts if you deem it necessary to close this case.

Nothing in this letter shall be construed by yourself or any other officer or employee of the United States as a nexus of federal jurisdiction or as a waiver of any natural rights protected by the Constitution of the United States or the Constitution of California.

The facts contained within this letter are provided under penalty of perjury under the laws of the State of California.

Sincerely,

*[signature]*

Patrick Linstruth

Exhibit G-1

ADMIN00224