# Patrick Linstruth
2010 W Avenue K #486
Lancaster, California 93536

January 13, 2005

Mr. Ely Yaron
Internal Revenue Service
6230 Van Nuys Blvd
Van Nuys, California 91401

Re; Examination Jurisdiction
Acct #: 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

Dear Mr. Yaron,

It has become apparent from the various letters and documents you've sent to me over the last month that you are conducting an examination into an alleged tax liability on my part.

Unfortunately, it appears you've stepped beyond the authority granted to you by the IRS.

As you likely know, all examinations take place under the authority of the Compliance. See the exhibit, page 1100-40.1 (attached and incorporated herein by reference), which shows Compliance as item 1132.7. Please note that the Examination Division is numbered as 1132.74, thus demonstrating that it is a function within Office of Compliance.

Next I draw your attention to "Exhibit A" (attached and incorporated herein by reference), which is a reprint of the IRM section that specifies the jurisdictional limits of the Compliance Director. Exhibit A is the IRS's own statement, from the 2004 IRM, concerning the jurisdictional boundaries of the Compliance Director. As you will clearly note, the Director's jurisdiction is limited to exclusively matters of:

1. Returns with foreign address or where either the taxpayer or the principal books and records are located outside the United States.
2. Returns with a U.S. address are under the jurisdiction of the area [Compliance] office where the principal books and records of the taxpayer are maintained *and* the returns pertain to information returns that involve IRC 6038(b), 6038A, 6046A or 6879, or Forms 5471 or 5472.

Because the examination function is subordinate to Compliance, the limits on Compliance are also binding on Examinations. Again, please note that this statement defining the limits of your jurisdiction is directly out of the Examination part of the manual – Part 4, specifically, 4.12.1.5.6.1.

If you are pursuing a deficiency based on a matter for the IMF or BMF, I am informing you that any information returns the IRS received, creating the presumption of "reportable payments", constitute "Bad Payer Data" [see IRM 4.2.2.4, subsection 4.E]. I have

**Exhibit**
8 Champion

EXHibit F

ADMIN00220

previously informed the private sector firm(s) that had engaged in information reporting outside the boundaries of the regulations promulgated by the Secretary, that they were reporting in error, however they have ignored the law and have continued to unlawfully file information returns against me. I informed the reporting firms that I was not a person designated by the regulations of the Secretary as a person subject to information reporting. The firms ignored my statement and instructions and committed fraudulent information reporting to the IRS. In short, I had no reportable income in 2001, 2002 and 2003. Had these firms followed the law, you would not be in possession of any information returns that create the impression of "reportable payments".

I have enclosed several other exhibits (all of which are incorporated herein by reference) for your review:

1. Affidavit of Material Facts – Clarifies the facts of my case – under perjury.
2. Demand for Proof of Jurisdiction – Requires you to place your jurisdiction upon the official agency administrative record.
3. IRM Exhibit 1130-3 – Shows that The Examination Div. is under Compliance and Compliance is within the Office of the Assistant Commissioner (International).
4. IRM Exhibit 1130-1 – Shows that the Office of Compliance is within the Office of the Assistant Commissioner (International).
5. IRM page 1100-39 – Shows that all items within Part 1100 of the manual (at that time) that start with "1132" are within the Office of the Assistant Commissioner (International). Also shows the function of the Assistant Commissioner (International).
6. IRM page 1100-40.1 – Shows that the Office of the Director of Compliance, the Examination Division, and the Collection Division are functions within the Office of the Assistant Commissioner (International).
7. IRM page 1100-40.2 – Shows that the Criminal Investigation Division is within the Office of the Assistant Commissioner (International).
8. Exhibit B – 26 CFR 601.101, which shows the only two offices within the IRS that are authorized to perform assessment and collection on behalf of the Commissioner. Should be read with Exhibit C.
9. Exhibit C – Details the pre-1998 jurisdiction of the District Director, thus illuminating that the "Director, Foreign Operations District" (renamed the Assistant Commissioner (International) in 1986) is/was the sole office administrating U.S. tax law outside the pre-1998 internal revenue districts.

Together these internal IRS documents irrefutably demonstrate that the Examination function (as well as a number of other significant operating functions) is limited to the jurisdictional authority of the Assistant Commissioner (International); to wit:

"Administers the internal revenue laws and related statutes as they relate to U.S. citizens residing abroad, corporations and businesses whose books and records are maintained outside the U.S., and non-resident aliens deriving income from sources within the United States." [see exhibit IRM page 1100-39]

It is highly significant that no contrary jurisdictional evidence exists.

*Exhibit F-1*

ADMIN00221

**Note:** *While the 1998 IRS Reform and Restructuring Act changed the organizational structure of the IRS to the "group" concept, it did not change the jurisdictional lines of authority concerning operating functions. [See IRM 2.1(5) – (2000)]*

This letter, along with all its attachments/exhibits, are to made a part of the official administrative record in your examination.

Although the attached affidavit states these facts clearly, I will address them here as well for clarity.

1. I was born in California; both my parents being Citizens of the United States.
2. I am now, and have been at all times, a Citizen of the United States.
3. I have never resided outside the United States.
4. I have never earned or received any foreign source income.
5. I have never had control, receipt, custody, disposal, or payment of any of the items of income specified in §1441(b) (to the extent that any of such items constitutes gross income from sources within the United States), of any nonresident alien individual or of any foreign partnership.

This is my formal demand to you that you terminate and close your examination of my affairs unless or until you can provide evidence that the facts of my case fall within your jurisdictional authority.

I remind you that §1203(b)(3)(A) of the 1998 Reform and Restructuring Act makes it an offense, for which an IRS employee can be fired, to violate a person's Constitutional rights. Pursuing an examination outside of and beyond your jurisdiction is a violation of my Constitutional rights. Additionally, qualified immunity, which generally protects government employees from civil actions in their personal capacity, is not available to those who are aware of the limits of their jurisdiction and choose to trespass beyond those limits, thus acting outside the law.

In closing, I have attached a list of documents that I am requesting under the Freedom of Information Act. Under authority of IRM 5.18.1.9.126 (01-01-2004), forward these requests to the Disclosure Office.

Sincerely,

*[signature]*

Patrick Linstruth

*Exhibit F-2*

ADMIN00222