Joseph Linn Petrashek

Chandler, AZ

July 12, 2010

David Tolman, Revenue Agent
MS: 4103 MES: DT
1818 E. Southern Ave., Suite 15
Mesa, AZ 85204

**RECEIVED**
INTERNAL REVENUE SERVICE
JUL 14 2010
SMALL BUSINESS SELF EMPLOYED
MESA, AZ 85204

Dear Mr. Tolman

    I am in possession of your letter dated [insert date] in which you contend (presumptively) that income I have received for the years [insert years] is subject to subtitle 'A' of the Internal Revenue Code – or phrased another way, I am within a class of person upon whom Congress has imposed the income tax (generally codified to Title 26, subtitle 'A').

    The purpose of this letter is to inform you that your presumption is incorrect and to provide you with the facts and law to correct your erroneous claim. (See 5 U.S.C. §156(d)) As you are (or should be) aware, I am entitled to *due process of law* whenever the government makes a claim against me, as you have done in your aforementioned letter. (See Hale v. Henkel, 201 U.S. 43 (1906)) Due process requires the officer making the claim to receive and objectively evaluate the facts and law I submit in rebuttal of said claim. (See Anniston Mfg. Co. v. Davis, 301 U.S. 337, 354-355 (1937)) You are the United States officer making the claim and therefore I am sending my rebuttal to you.

    I am not within a class of person upon who Congress has imposed the income tax. As such I am not under any duty to file returns or pay any income tax. The facts and law to support my position are contained within the book that accompanies this letter. The information contained in *Income Tax: Shattering The Myths* is the facts and law that I relied upon in making my determination that I am not within a class of person upon who Congress has imposed the income tax.

    I do not expect you to read/evaluate the entire book because not all of it contains my legal position. The part that contains the fact and law I have relied upon is chapters 1 through 8. I would suggest you read chapter 9 as well because it explains why third-parties may have illegally filed information returns against me, thus creating the false impression that I am a person subject to the income tax. I wish to point out that although the book was published in 2010, it contains the specific elements of both facts and law that I relied upon for the years at issue. Further, it is the most clearly

presented and most accurate description of my understanding of the facts and law that I have seen, and it expresses my views far more adeptly than I could express them myself.

Because chapters 1 – 8 of *Income Tax: Shattering The Myths* contains my rebuttal to your claim, the text of those chapters constitutes my rebuttal and must be included in the official agency administrative record of this controversy. After you have provided me with due process by reading and evaluating the facts and law that I have provided to you, I request a meeting with you for the purpose of putting the facts and law of each party to this controversy in the official IRS record in a face-to-face setting. I will be bringing a witness and a recording device.

Sincerely,

*Joe Petrashek*

P.S. I think you may even enjoy the book!