| Form **4549-A** (Rev. May 2008) | Department of the Treasury-Internal Revenue Service **Income Tax Discrepancy Adjustments** | Page 1 of 4 |
|---|---|---|

| Name and Address of Taxpayer | Taxpayer Identification Number | Return Form No.: 1040 |
|---|---|---|
| Joseph Petrashek | Person with whom examination changes were discussed. | Name and Title: |

| | 1. Adjustments to Income | Period End 12/31/2004 | Period End 12/31/2005 | Period End 12/31/2006 |
|---|---|---|---|---|
| a. | Other Income | (258,000.00) | (406,343.00) | (530,547.00) |
| b. | Sch C1 - Other Expenses | (159,030.00) | (472,509.00) | (635,512.00) |
| c. | Sch C1 - Gross Receipts or Sales | 675,030.00 | 1,285,196.00 | 1,696,606.00 |
| d. | SE AGI Adjustment | (12,360.00) | (16,463.00) | (20,049.00) |
| e. | Standard Deduction | (4,850.00) | (5,000.00) | (5,150.00) |
| f. | Exemptions | (496.00) | | (1,100.00) |
| g. | Sch E-Inc/Loss-Prtnrship/S Corps-Passve/Non-Passve | | 14,852.00 | 16,520.50 |
| h. | Taxable Interest | | | 206.00 |
| i. | | | | |
| j. | | | | |
| k. | | | | |
| l. | | | | |
| m. | | | | |
| n. | | | | |
| o. | | | | |
| p. | | | | |
| 2. | **Total Adjustments** | 240,294.00 | 399,733.00 | 520,974.50 |
| 3. | Taxable Income Per Return or as Previously Adjusted | 0.00 | 0.00 | 0.00 |
| 4. | **Corrected Taxable Income** | 240,294.00 | 399,733.00 | 520,975.00 |
| | Tax Method | TAX RATE | TAX RATE | TAX RATE |
| | Filing Status | Single | Single | Single |
| 5. | **Tax** | 66,587.00 | 120,377.00 | 162,202.00 |
| 6. | **Additional Taxes / Alternative Minimum** | | | |
| 7. | Corrected Tax Liability | 66,587.00 | 120,377.00 | 162,202.00 |
| 8. | **Less Credits** a. b. c. d. | | | |
| 9. | **Balance** (Line 7 less total of Lines 8a thru 8d) | 66,587.00 | 120,377.00 | 162,202.00 |
| 10. | **Plus Other Taxes** a. Self Employment Tax b. c. d. | 24,719.00 | 32,925.00 | 40,098.00 |
| 11. | Total Corrected Tax Liability (Line 9 plus Lines 10a thru 10d) | 91,306.00 | 153,302.00 | 202,300.00 |
| 12. | Total Tax Shown on Return or as Previously Adjusted | 0.00 | 0.00 | 0.00 |
| 13. | Adjustments to: a. b. c. | | | |
| 14. | Deficiency-Increase in Tax or (Overassessment - Decrease in Tax) (Line 11 less Line 12 adjusted by Lines 13a through 13c) | 91,306.00 | 153,302.00 | 202,300.00 |
| 15. | Adjustments to Prepayment Credits-Increase (Decrease) | | | |
| 16. | **Balance Due or (Overpayment)** - (Line 14 adjusted by Line 15) (Excluding interest and penalties) | 91,306.00 | 153,302.00 | 202,300.00 |

Catalog Number 23110T　　　　　www.irs.gov　　　　　Form **4549-A** (Rev. 5-2008)

| Form **4549-A** (Rev. May 2008) | Department of the Treasury-Internal Revenue Service **Income Tax Discrepancy Adjustments** | Page 2 of 4 |
|---|---|---|
| Name of Taxpayer: Joseph Petrashek | Taxpayer Identification Number | Return Form No.: 1040 |

| **17. Penalties/ Code Sections** | **Period End** 12/31/2004 | **Period End** 12/31/2005 | **Period End** 12/31/2006 |
|---|---:|---:|---:|
| a. Estimated Tax-IRC 6654 | 2,616.55 | 6,149.20 | 9,573.64 |
| b. Delq-IRC 6651 (f) | 135,152.25 | 221,641.50 | 319,135.50 |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| **18. Total Penalties** | 137,768.80 | 227,790.70 | 328,709.14 |
| Underpayment attributable to negligence: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to fraud: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to Tax Motivated Transactions *(TMT)*. Interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c). | 0.00 | 0.00 | 0.00 |
| **19. Summary of Taxes, Penalties and Interest:** | | | |
| a. Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | 91,306.00 | 153,302.00 | 202,300.00 |
| b. Penalties *(Line 18)* - computed to 09/26/2011 | 137,768.80 | 227,790.70 | 328,709.14 |
| c. Interest *(IRC § 6601)* - computed to 10/26/2011 | 102,147.20 | 134,684.57 | 134,184.91 |
| d. TMT Interest - computed to 10/26/2011 *(on TMT underpayment)* | 0.00 | 0.00 | 0.00 |
| e. Amount due or refund - *(sum of Lines a, b, c and d)* | 331,222.00 | 515,777.27 | 665,194.05 |

**Other Information:**

| Examiner's Signature: Name | Employee ID: | Office: | Date: |
|---|---|---|---|
| David Day | 86-18020 | Mesa, Arizona | 09/26/2011 |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest payments)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

Catalog Number 23110T         www.irs.gov         Form **4549-A** (Rev. 5-2008)

Form **4549-A**
(Rev. May 2008)

Department of the Treasury-Internal Revenue Service

# Income Tax Discrepancy Adjustments

Page 3 of 4

Name and Address of Taxpayer

Taxpayer

Person with whom examination changes were discussed.

Name and Title:

Return Form No.: 1040

| 1. Adjustments to Income | Period End 12/31/2007 | Period End 12/31/2008 | Period End 12/31/2009 |
|---|---:|---:|---:|
| a. Other Income | (491,715.00) | (232,498.00) | (258,067.00) |
| b. Sch E-Inc/Loss-Prtnrship/S Corps-Passve/Non-Passve | 16,466.50 | 14,972.00 | 13,932.50 |
| c. Sch C1 - Other Expenses | (437,383.00) | (392,336.00) | (207,612.00) |
| d. Sch C1 - Gross Receipts or Sales | 1,420,813.00 | 857,332.00 | 723,747.00 |
| e. SE AGI Adjustment | (19,214.00) | (12,551.00) | (13,533.00) |
| f. Standard Deduction | (5,350.00) | (5,450.00) | (5,700.00) |
| g. Exemptions | (1,133.00) | (2,777.00) | (2,750.00) |
| h. Taxable Interest | | 98.00 | 115.00 |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| o. | | | |
| p. | | | |
| 2. **Total Adjustments** | 482,484.50 | 226,790.00 | 250,132.50 |
| 3. Taxable Income Per Return or as Previously Adjusted | 0.00 | 0.00 | 0.00 |
| 4. **Corrected Taxable Income** | 482,485.00 | 226,790.00 | 250,133.00 |
| Tax Method | TAX RATE | TAX RATE | TAX RATE |
| Filing Status | Single | Single | Single |
| 5. **Tax** | 147,944.00 | 60,591.00 | 67,686.00 |
| 6. Additional Taxes / Alternative Minimum | | | |
| 7. Corrected Tax Liability | 147,944.00 | 60,591.00 | 67,686.00 |
| 8. **Less Credits** a. | | | |
| b. | | | |
| c. | | | |
| d. | | | |
| 9. **Balance** (Line 7 less total of Lines 8a thru 8d) | 147,944.00 | 60,591.00 | 67,686.00 |
| 10. Plus Other Taxes a. Self Employment Tax | 38,428.00 | 25,101.00 | 27,066.00 |
| b. | | | |
| c. | | | |
| d. | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a thru 10d) | 186,372.00 | 85,692.00 | 94,752.00 |
| 12. Total Tax Shown on Return or as Previously Adjusted | 0.00 | 0.00 | 0.00 |
| 13. Adjustments to: a. | | | |
| b. | | | |
| c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment - Decrease in Tax) (Line 11 less Line 12 adjusted by Lines 13a through 13c) | 186,372.00 | 85,692.00 | 94,752.00 |
| 15. Adjustments to Prepayment Credits-Increase (Decrease) | | | |
| 16. **Balance Due or (Overpayment)** - (Line 14 adjusted by Line 15) (Excluding interest and penalties) | 186,372.00 | 85,692.00 | 94,752.00 |

Catalog Number 23110T    www.irs.gov    Form **4549-A** (Rev. 5-2008)

| Form **4549-A** (Rev. May 2008) | Department of the Treasury-Internal Revenue Service **Income Tax Discrepancy Adjustments** | Page 4 of 4 |
|---|---|---|
| Name of Taxpayer: Joseph Petrashek | Taxpayer Identification Number | Return Form No.: 1040 |

| 17. **Penalties/ Code Sections** | **Period End** 12/31/2007 | **Period End** 12/31/2008 | **Period End** 12/31/2009 |
|---|---:|---:|---:|
| a. Estimated Tax-IRC 6654 | 8,482.30 | 2,753.87 | 2,268.59 |
| b. Delq-IRC 6651 (f) | 269,151.75 | 133,539.00 | 146,194.50 |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. **Total Penalties** | 277,634.05 | 136,292.87 | 148,463.09 |
| Underpayment attributable to negligence: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to fraud: *(1981-1987)* A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to Tax Motivated Transactions *(TMT)*. Interest will accrue and be assessed at 120% of underpayment rate in accordance with IRC 6621(c). | 0.00 | 0.00 | 0.00 |
| 19. **Summary of Taxes, Penalties and Interest:** | | | |
| a. Balance due or *(Overpayment)* Taxes - *(Line 16, Page 1)* | 186,372.00 | 85,692.00 | 94,752.00 |
| b. Penalties *(Line 18)* - computed to 09/26/2011 | 277,634.05 | 136,292.87 | 148,463.09 |
| c. Interest *(IRC § 6601)* - computed to 10/26/2011 | 74,860.99 | 22,591.25 | 14,408.32 |
| d. TMT Interest - computed to 10/26/2011 *(on TMT underpayment)* | 0.00 | 0.00 | 0.00 |
| e. Amount due or refund - *(sum of Lines a, b, c and d)* | 538,867.04 | 244,576.12 | 257,623.41 |

**Other Information:**

| Examiner's Signature: Name | Employee ID: | Office: | Date: |
|---|---|---|---|
| David Day | 86-18020 | Mesa, Arizona | 09/26/2011 |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest payments)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.