# Nontaxpayer.org Document Catalog

1. **Banking Docs**

   a) Existing
   - I)   Affidavit — BA1
   - II)  Stop Using My TIN Letter — BA2
   - III) Memo of Understanding — BA3

   b) New
   - I)   Affidavit — BB1
   - II)  Memo of Understanding — BB2
   - III) Cover Letter — BB3
   - IV)  TDC statement (needs to be created) — BB4

2. **Lender Docs**

   a) Home Loans
   - I)  Affidavit — LDA1
   - II) TCD statement (use only if necessary) — LDA2

   b) General
   - I) Limits to use of SSN to credit check. — LDB1

3. **Real Estate Docs**

   a) General
   - I)   Affidavit – Buyer — REA1
   - II)  Affidavit – Seller — REA2
   - III) TCD statement (use only if necessary) Needs to be created — REA3

   b) Federal
   - I)  Cover page – single owner — REB1
   - II) Cover page – man and wife owners — REB2

   c) State
   - I)  593-C Rebuttal — REC1
   - II) California Only affidavit — REC2

   d) Trusts
   - I)   W-9 Response — RED1
   - II)  Affidavit — RED2
   - III) TCD statement (use only if necessary) Needs to be created — RED3

4. **Withholding Docs**

   a) New Hire docs
   - I)   Affidavit — WA1
   - II)  Response to Request for Form W-4 — WA2
   - III) TCD statement (use only if necessary) — WA3

**Exhibit 13 Champion**

    b) Existing Worker
- I) Affidavit Needs to be created — WB1
- II) Stop Withholding Letter (from client to company) — WB2

    c) Miscellaneous
- I) Stop Withholding Letter (From Champion to company – Can only be used with a signed Power of Attorney from client) — WC1
- II) Simple Power of Attorney (.pdf) — WC2
- III) Must I Withhold Letter (.doc) — WC3
- IV) Must I Withhold Letter (.pdf) — WC4

## 5. TIN Request Responses

    a) New Business Relationship
- I) Affidavit — TA1
- II) W-9 Response Letter — TA2
- III) TCD statement (use only if necessary) — TA3

    b) Existing Business Relationship
- I) "Stop using my TIN and stop 1099ing me" letter — TB1

    c) Miscellaneous
- I) SSN for background investigation only — TC1
- II) Alt. W-9 (.pdf) — TC2

## 6. Levy and Garnishment Docs

    a) Federal
- I) IRS levy challenge letter — LGA1

    b) California
- I) FTB Garnishment challenge letter (.doc) — LGB1
- II) FTB Garnishment challenge letter (.pdf) — LGB2

## 7. Passport No SSN Docs

- I) Affidavit (.doc) — P1
- II) Affidavit (.pdf) — P2
- III) No SSN needed passport letter (.doc) — P3
- IV) No SSN needed passport letter (.pdf) — P4

## 8. Rebutting Information Returns

    a) 1099 Reporting
- I) 1099 Cover letter – Must be Revamped — IRA1
- II) 1099 questionnaire/ general – Must be Revamped — IRA2
- III) 1099 questionnaire/ non-earned income – Must be Revamped — IRA3
- IV) 1099 questionnaire. 1099A (foreclosure) – Must be Revamped — IRA4

    b) W-2 Reporting
        I)   W-2 questionnaire cover page – Must be Revamped     IRB1
        II)   W-2 questionnaire – Must be Revamped     IRB2
    c) Miscellaneous
        I)   Power of Attorney for Information Returns – Must be Modified     IRC1

## 9. Alternatives to Use of Government Forms

    a) Form I-9
        I)   I-9 (.pdf)     FA1
        II)   I-91 (.pdf)     FA2
        III)   I-92 (.pdf)     FA3
    b) Form W-9
        I)   Alternative W-9 (.pdf)     FB1

## 10. New Client Docs

        I)   Disclaimer (.pdf)     NC1
        II)   Service Terms and Conditions (.pdf)     NC2
        III)   Disclaimer (.doc)     NC3
        IV)   Service Terms and Conditions (.doc)     NC4
        V)   Trust Application (.pdf)     NC5

## 11. Miscellaneous

        I)   Response to IRS Frivolous Penalty Letter     M1