-------- Original Message --------
**Subject:** An interruption...
**Date:** Wed, 16 Apr 2008 16:59:49 -0700
**From:** Dave Champion <dave@davechampionshow.com>
**To:** OI-AR@list.qnet.com

All,

I just wanted to drop you a quick line and let you know what's been happening over here.

As many of you know, the IRS has initiated an enforcement proceeding regarding a summons they served me over two years ago. The summons deals with my client records. Hmmm. What client records? ;-) But that's another discussion.

I am committed to beating these bastards right up front, not after a protracted legal battle. I don't want to use gimmicks, I want to hand them their lunch using the law. And let them choke on it!

I will not be doing the show this week because I need to give every minute to writing the answer to the government's petition.

I NEED YOUR HELP!!!

I need two things from you - money and a Declaration. I know that's blunt, but that's what I need and I know you want to see someone from the Tax Honesty Movement finally make mincemeat out of these guys!

Please dig as deep as you can and send money to help me defray the cost of this battle. It ain't cheap!!! And it's not really my battle, it's OUR battle - I'm just the guy on the front line!

I also need a Declaration from you. Please look at the show archives for April 5th  http://www.davechampionshow.com/archives.php

There you will find a link that will bring up the Declaration. During the show I describe to you why I need it! It is to prove Revenue Agent Thomas Chueng to be the big ol' liar that he is! Please print out the Declaration, sign it, have it notarized and mail it in to me.

**Exhibit**
14 Champion

You will also find the address to which you can send your generous donation as well as the Declaration. PLEASE SEND ONLY CASH - GREEN FOLDING MONEY - THAT'S WHAT I NEED RIGHT NOW!

I need both RIGHT NOW! Please do it today! Let's win this thing for once!

Yours in Liberty,

Dave Champion

P.S. And a special "THANK YOU" to those who've already contributed and sent in their Declarations!!!!