**Exhibit**
15 Champion

| Champion's customer audited result: | Year | Tax Liability |
|---|---|---|
| 1) James & Leslie Iannitti | 2005 | $ 14,639 |
|  | 2006 | $ (1,918) |
|  | 2007 | $ 2,900 |
| Total owed tax to the IRS |  | $ 15,621 |
| 2) Todd M. Blinn | 2005 | $ 36,120 |
|  | 2006 | $ 82,824 |
|  | 2007 | $ 51,876 |
| Total owed tax to the IRS |  | $ 170,820 |
| 3) Gary and Connie Mach | 2002 | $ 57,795 |
|  | 2003 | $ 29,045 |
|  | 2004 | $ 28,148 |
|  | 2005 | $ 34,358 |
|  | 2006 | $ 46,277 |
|  | 2007 | $ 20,067 |
| Total estimated tax owe to the IRS |  | $ 215,690 |
| 4) Joseph Linn Petrashek | 2004 | $ 91,306 |
|  | 2005 | $ 153,302 |
|  | 2006 | $ 202,300 |
|  | 2007 | $ 186,372 |
|  | 2008 | $ 85,692 |
|  | 2009 | $ 94,752 |
| Total estimated tax owe to the IRS |  | $ 813,724 |
| 5) Patrick & Lana Linstruth | 2001 | $ 49,841 |
|  | 2002 | $ 84,312 |
|  | 2003 | $ 55,026 |
|  | 2004 | $ 67,204 |
|  | 2005 | $ 29,516 |

IRS audit.xls/he

| Champion's customer audited result: | Year | Tax Liability |
|---|---|---|
| Total owed tax to the IRS | 2006 | $ 19,011 |
|  |  | $ 304,910 |
|  |  |  |
| 6) Christopher & Patricia Linstruth | 2001 | $ 57,695 |
|  | 2002 | $ 80,852 |
|  | 2004 | $ 37,767 |
|  | 2005 | $ 28,429 |
|  | 2006 | $ 18,336 |
| Total owed tax to the IRS |  | $ 223,079 |
|  |  |  |
| 7) Leonard Simon | 2003 | $ 38,165 |
|  | 2004 | $ 39,337 |
|  | 2005 | $ 57,518 |
|  | 2006 | $ 72,553 |
|  | 2007 | $ 53,529 |
|  | 2008 | $ 53,013 |
| Total estimated tax owe to the IRS |  | $ 179,095 |
|  |  |  |
| 8) Dick Simkanin of Arrow Custom Plastics |  | $ 175,000 |

IRS audit.xls/he