## Client List (recollected)

Stuart Perkins
Georgia

Madison Baker
California

Larry Ausmus
Cannot recall location

Michael Farno
Cannot recall location

Bliss Alexandra
New York, NY

William G. Brooks, Jr.
Cannot recall location

Ken Gordon
California

Eric Bumstead
Texas

Marcus Gitterle
Cannot recall location

Edward Chudzickiewic
Massachusetts

Mark Lamm
Some beach community in So Cal

Steve Coerper
South Carolina

Dave Weaver
New Mexico

Michael Campbell
Cannot recall location



**Exhibit**
16 Champion

ADMIN00018

Ira Beiler
Cannot recall location

Leslie Creech
Cannot recall location

Patricia Koenig
Cannot recall location

Jamie Walker
Texas

Jennifer Dallessio (sp?)
Cannot recall location

Don Curran
Nebraska

Patrick Dewey
Missouri

Charles Williams
Colorado

Randall Craig
Texas

Gary Barnett
Texas

Jason Moore
California

David Parker
California

Kenrick Cleveland
Cannot recall location

Darrell Dewyer
Cannot recall location

Tyrell Crawford

Texas

Ivy Faske
Florida

Ronald Cable
Cannot recall location

Naji Saab
Cannot recall location

Peter Fox
Cannot recall location

Gregory Griffith
Cannot recall location

Doug Goff
Oregon

Charles Irby
Mississippi

Mark Hanson
Iowa

Stewart (sp?) Alder
Montana

Joseph Kelly
Virginia

Matthew Wong
California

Jason Hole
California

Chad Wickline
Cannot recall location

Henry Barry
Massachusetts

Charles Chance
Illinois

ADMIN00020

Joseph Goodman
Missouri

Sean Ragon
Cannot recall location

Brian Davis
California

Frank Mattina
Cannot recall location

Ruth Kruge
Cannot recall location

Chris Lara
Cannot recall location

Doug Miller
Montana

Roger Morris
Idaho

Jeff Mullins
Cannot recall location

Steve Nanai
Connecticut

Paul Olsen
Wisconsin

Brian Parker
California

Steve Perkins
Cannot recall location

Robert Peters
Florida

Ron Joling
Oregon

ADMIN00021

Ron Rivera
California

John Shepard
Washington

Michael Lee
Texas

Richard Wilson
Washington

Tony Shaw
Texas

Charles Mansur
Cannot recall location

Jerry Erber
Illinois

Bob Jordon
Arizona

ADMIN00022

# Invoice

David Champion
1031 W. Ave. M14, Suite A
Palmdale, CA 93551

| DATE | INVOICE # |
|---|---|
| 9/12/2007 | 1760 |

**BILL TO**

Jim Ianitti
P.O. Box 800321
Valencia, California 91380

| P.O. NO. | TERMS | PROJECT | DATE |
|---|---|---|---|
|  | Due on receipt | Review of Cheung letters/s | 9/12/2007 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Consulting [ts] | Consulting fee based on per minute rate | 20 | 4.15 | 83.00 |
| Letters | Custom Drafted Letter(s) [Response to 3175] | 1 | 150.00 | 150.00 |

A COPY OF THIS INVOICE MUST ACCOMPANY YOUR PAYMENT.

*Paid 11-23-07*

ALL INVOICES MUST BE PAID IN CASH.

**Total** $233.00

**Invoice**

David Champion
1031 W. Ave. M14, Suite A
Palmdale, CA 93551

| DATE | INVOICE # |
|---|---|
| 11/30/2007 | 1853 |

**BILL TO**
Jim Ianitti
28005 N. SMYTH Dr. suite 124
Valencia, California 91355

| P.O. NO. | TERMS | PROJECT | DATE |
|---|---|---|---|
|  | Due on receipt | Bof A letter | 11/30/2007 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Letters | Custom Drafted Letter(s) |  | 250.00 | 250.00 |

A COPY OF THIS INVOICE MUST ACCOMPANY YOUR PAYMENT.

ALL INVOICES MUST BE PAID IN CASH.

**Total** $250.00

# Invoice

David Champion
1031 W. Ave. M14, Suite A
Palmdale, CA 93551

| DATE | INVOICE # |
|---|---|
| 10/1/2007 | 1791 |

**BILL TO**
Jim Ianitti
P.O. Box 800321
Valencia, California 91380

| P.O. NO. | TERMS | PROJECT | DATE |
|---|---|---|---|
| | Due on receipt | Ocwen letter | 10/1/2007 |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Letters | Custom Drafted Letter(s) | 1 | 125.00 | 125.00 |

A COPY OF THIS INVOICE MUST ACCOMPANY YOUR PAYMENT.

Paid
11-23-07

ALL INVOICES MUST BE PAID IN CASH.

**Total** $125.00