

"The revenue laws are a code or system in regulation of tax assessment and collection. They relate to taxpayers, and not to nontaxpayers".
*Economy Plumbing and Heating Co. v. United States*, 470 F. 2d 585 (1972)



Biography
References

**If you are a nontaxpayer, or believe that under the law you should be a nontaxpayer, let Dave Champion assist you in structuring your private financial affairs to avoid being wrongfully ensnared into the "taxpayer" status by employers, banks, real estate firms, etc.**




• Private Attorney Services • Letter/Form ... Prep... •

**Mr. Champion provides telephone and in-person consulting services to private Citizens and private firms that are nontaxpayers, as well as to those who believe that under the law they should be nontaxpayers. Mr. Champion is available for group presentations, public speaking,**

Exhibit
17 Champion

**and media appearances.**

**Mr. Champion provides his services by appointment. To schedule an appointment with Mr. Champion click here.**

**To e-mail Mr. Champion, click here.**

**Mr. Champion does not provide services of any nature to taxpayers.**

## Recommended Educational Links

- Constitutional Issues of Taxation
- Federal Income Tax
- Employment Tax
- The Willful Failure To File Scam!
- Form I-9 Requirement Debunked
- State Sales Tax

## Commentary Section

- The World According to Dave
- Guest Commentaries