## DISCLAIMER NOTICE

I, _Joseph Zulewski_ understand that David Champion is not a BAR certified Attorney-At-Law, nor is he a Certified Public Accountant. I understand that I am paying Mr. Champion to share his experiences and opinions with me, and not for "legal advice". I understand that it is my sole and personal responsibility to determine what actions are lawful and unlawful for me, and Mr. Champion cannot and will not make that determination for me.

I understand that if I shall owe any tax that is proper, lawful, and Constitutional; or have an outstanding debt from a procedurally correct assessment of a tax that is Constitutional when applied to me based upon my political status and upon the activity concerning which it has been applied; or a debt arising from a judgment in favor of the United States or any State, it is my responsibility to pay such a tax, or satisfy such a judgment. I agree that nothing Mr. Champion may discuss with me shall be used for the purposes of evading the collection of any lawful debt or tax, or for the purpose of defeating any effort by the United States or a State to collect such a debt or tax.

I further understand that if I shall have liability to a State, or the Federal government, for a tax that is Constitutional based on my political status and the activity concerning which it has been applied to me, establishing a Pure Trust under the common law right to contract will not alleviate me of such a liability.

I understand that David Champion does not work with people in reference to activities that are subject to State and/or Federal taxation. I understand that Title 26 of the United States Code, and state tax codes, contain various types of taxes. I understand that I may be liable for

Disclaimer Notice                                                                                                      1

**Exhibit**
__19 Champion__

ADMIN00060

one type of tax, but not another. I understand that it is my responsibility, not Mr. Champion's, to determine if I am liable for any tax under the internal revenue laws of the United States, or a state. By signing this document I agree to inform Mr. Champion as to whether each specific matter I bring to him involves activities for which I have determined that I am a "taxpayer" or a "nontaxpayer", thus allowing Mr. Champion to refuse work associated with "taxpayer" activities.

Additionally, I understand that because Mr. Champion works only with "nontaxpayer" issues and does not work with taxpayer issues, he cannot, does not, and will not, be involved in any way with discussion on whether or not I should submit a tax return, or how such a return should be prepared.

Please check one of the following:

[ ] I am a Citizen of a state of the Union, my domicile being in the state of _Michigan_ and I do not owe my citizenship to the 14th Amendment to the US Constitution.

[ ] I am a 14th Amendment citizen.

I have read all five (5) preceding paragraphs of this document and understand everything contained therein. I agree that should the meaning of any part of this document not be clear me it is my duty to seek appropriate counsel before signing this document. I sign this document without reservation or purpose of evasion.

_Joseph Zulewski_
Print name

_[signature]_                    _9-5-03_
Signature                        Date

Disclaimer Notice                                2

ADMIN00061