ANDRÉ BIROTTE, JR.
United States Attorney

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-2729
Facsimile:  (213) 894-0115
Email: Gavin.Greene@usdoj.gov

BRIAN H. CORCORAN
Member, DC Bar, No. 456976
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C.  20044
Telephone: (202) 353-7421
Facsimile: (202) 514-6770
E-mail: brian.h.corcoran@usdoj.gov

Attorneys for Plaintiff, United States

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. CV 2:11-01175 PA (SSx) |
| DAVID CHAMPION, | ) **Declaration of Brian H. Corcoran** |
| Defendant. | ) |

I, Brian H. Corcoran, hereby declare as follows:

1. I am counsel for the Government in the above-captioned lawsuit. I make this declaration pursuant to Paragraph 5(a) of this Court's August 15, 2011 Scheduling Order (Docket No. 46) for the purpose of authenticating certain documents offered in support of the United States' Motion for Summary Judgment.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from Defendant David Champion's October 5, 2011 Objections and Responses to the United States First Set of Document Requests.

3. Attached as Exhibit 2 is a true and correct copy of excerpts from Defendant David Champion's September 15, 2011 Objections and Responses to the United States First Set of Interrogatories.

4. Attached as Exhibit 3 is a true and correct copy of excerpts from the October 25, 2011 deposition of Michael Azcue.

5. Attached as Exhibit 4 is a true and correct copy of excerpts from the November 17, 2011 deposition of James Iannitti.

6. Attached as Exhibit 5 is a true and correct copy of excerpts from the November 16, 2011 deposition of David Champion.

7. Attached as Exhibit 6 are true and correct copies of excerpts from Income Tax: Shattering the Myths.

8. Attached as Exhibit 7 is a true and correct copy of the recent programming schedule from "the Dave Champion Show," which I downloaded from the Internet.

9. Attached as Exhibit 8 is a true and correct copy of an December 22, 2006 e-mail from David Champion provided to the United States by Michael Azcue pursuant to a valid subpoena he accepted for service in October 2011.

10. Attached as Exhibit 9 is a true and correct copy of the Biography for David Champion as provided to the United States by Michael Azcue pursuant to a valid subpoena he accepted for service in October 2011.

11. Attached as Exhibit 10 is a true and correct copy of a January 9, 2006 e-mail from David Champion to Michael Azcue as provided to the United States by Michael Azcue pursuant to a valid subpoena he accepted for service in October 2011.

12. Attached as Exhibit 11 is a true and correct copy of a February 16, 2006 letter from David Champion to US Health Advisers provided to the United States by Michael Azcue pursuant to a valid subpoena he accepted for service in October 2011.

13. Attached as Exhibit 12 is a true and correct copy of an October 27, 2006 e-mail from David Champion to Michael Azcue provided to the United States by Michael Azcue pursuant to a valid subpoena he accepted for service in October 2011.

14. Attached as Exhibit 13 is a true and correct copy of a September 12, 2007 e-mail and draft letter prepared by David Champion for James Iannitti, as authenticated by Mr. Iannitti at his November 17, 2011 deposition (*see* Exhibit 4 at 68:12 *et seq.*).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 9, 2011

Brian H. Corcoran