**The Office of David A. Champion**
2010 W. Avenue K, #481
Lancaster, California 93536

February 16, 2006

US Health Advisers
1901 N. State Hwy. 360
Grand Prairie, TX 75050
Attn: Angela McGee

Re; Request for TIN

Dear. Angela McGee

I am the Trustee for "Always 212." I am <u>responding to your request for a Taxpayer Identification Number.</u>

Always 212 is a "Pure Trust Business Organization". Please be advised that as a pure trust business organization, Always 212 is not required to possess or furnish a TIN because the trust has no tax payment or reporting requirements.

Please see the attached letter from the Internal Revenue Service, which states:

> "According to our National Office a Pure Trust Organization (an Unincorporated Business Trust) is an organization that has no return filing requirements and is a nontaxable organization. Therefore your Pure Trust Organization doesn't need an EIN".

Since the legal staff of the IRS' National Office made this determination, I invite you to retain their letter in your files.

Should you have any questions, I am at your disposal.

Sincerely,

*[signature]*

David Champion
Trustee



Exhibit
11 Corcoran