ANDRÉ BIROTTE, JR.
United States Attorney

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-4600
Facsimile:   (213) 894-0115
Email:Gavin.Greene@usdoj.gov

BRIAN H. CORCORAN
Member, DC Bar, No. 456976
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C.  20044
Telephone: (202) 353-7421
Facsimile: (202) 514-6770
E-mail: brian.h.corcoran@usdoj.gov

Attorneys for Plaintiff, United States

IN THE UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. CV 11-01175 PA (SSx) |
| DAVID CHAMPION, | ) **NOTICE OF LODGING OF SCHEDULE** |
| Defendant. | ) |

**Pending: Summary Judgment Mot.**
Date: January 23, 2012
Time: 1:30 p.m.
Place: Ctrm. 15
312 North Spring Street
Los Angeles, CA 90012

4575123.1

The United States of America, pursuant to the direction of this Court, hereby lodges the appended Schedule A to the Proposed Permanent Injunction that constitutes the relief requested in the United States' December 12, 2011 Motion for Summary Judgment (Docket No. 50) and which was filed with the Motion.

January 13, 2012

Respectfully submitted,

ANDRÉ BIROTTE, JR.
United States Attorney

SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

GAVIN L. GREENE (SBN 230807)
Assistant United States Attorney
Federal Building, Room 7211
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-4600
Facsimile:  (213) 894-0115
Email:Gavin.Greene@usdoj.gov

/s/ Brian H. Corcoran
BRIAN H. CORCORAN
Member, D.C. Bar, No. 456976
Admitted *Pro Hac Vice*
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C.  20044
Telephone: (202) 353-7421
Fax: (202) 514-6770
Brian.H.Corcoran@usdoj.gov

4575123.1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 13, 2012, I served the foregoing *Notice of Lodging of Schedule*, and all related papers, by first class mail upon the following:

David Champion
2200 Nevada West Blvd. #2
Pahrump, Nevada 89048

Counsel *Pro Se*

/s/ Brian H. Corcoran
BRIAN H. CORCORAN

4575123.1