# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-1175 PA (SSx) | Date | January 18, 2012 |
|---|---|---|---|
| Title | United States v. David Champion | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:**    IN CHAMBERS - COURT ORDER

     Before the Court is plaintiff United State's (the "Government") Motion for Summary Judgment (Docket No. 50). Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for January 23, 2012, is vacated, and the matter taken off calendar. The Motion for Summary Judgment is taken under submission. The Clerk will notify the parties once the Court issues an order on the pending Motion.

     IT IS SO ORDERED.

                                                                                                                    :

                                                Initials of Preparer